IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>MAMA'S PIZZA, INC.,<br><br>        Defendant. | **8:18CV100**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) At the parties' request, the deadlines within the case progression schedule remain stayed pending the parties' settlement discussions.

2) A telephonic conference with the undersigned magistrate judge will be held on September 18, 2018 at 10:30 a.m. to discuss the status of the parties' efforts to settle and absent a settlement, further case progression deadlines. Counsel shall use the conferencing instructions assigned to this case to participate in the call.

August 14, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge