IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>MAMA'S PIZZA, INC.,<br><br>        Defendant. | **8:18CV100**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that on or before October 30, 2018, the parties shall either: 1) advise this court that the case is fully settled, or 2) contact my chambers to schedule a conference call for setting case progression deadlines and trial.

October 23, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge