IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MELANIE DAVIS, | |
|---|---|
| Plaintiff, | 8:18CV100 |
| vs. | ORDER OF DISMISSAL |
| MAMA'S PIZZA, INC., | |
| Defendant. | |

This matter comes before the Court upon the Stipulation of the Parties (Filing No. 20) that this case be dismissed, with prejudice, except for enforcement purposes, with each party to bear her or its own costs.

Upon consideration of the Stipulation, and being duly advised in the premises, the Court approves of the parties' Stipulation.

It is therefore ordered that this action is hereby dismissed, with prejudice, except for enforcement purposes, and each party shall bear her or its own costs.

Dated this 10th day of December 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge